I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8·23·12

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 23 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL B. CASON,

    Petitioner,

vs.

TERI GONZALEZ, Warden,

    Respondent.

Case No. EDCV 11-1997-JSL (RNB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/17/12

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 23 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE